IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBORAH GIULIANI                    :
                                    :
            Plaintiff               :   CIVIL ACTION NO. 1:CV-01-311
                                    :   (Judge Caldwell)
     v.                             :
                                    :
GEORGE HANEY, individually and      :
in his official capacity as an      :
employee of Swatara Township,       :
Pennsylvania                        :
                                    :
            Defendant               :

CLERK'S TAXATION OF COSTS

March 4, 2002

Pending for taxation is the plaintiff's bill of costs in the amount of $27,706.40 for filing fees, deposition costs and attorneys fees under 42 U.S.C. § 1988. As attorneys fees are not reimbursable as an item of costs under 28 U.S.C. § 1920, the request for $27,312.50 in attorneys fees under 42 U.S.C. § 1988 is **DENIED**.

With respect to the remaining items, plaintiff's counsel has not filed the verification required by 28 U.S.C. § 1924. It is not proper to tax costs under the circumstances. See Phetosomphone v. Allison Reed Group, Inc., 984 F.2d 4, 9 (1st Cir. 1993).

**THEREFORE, IT IS ORDERED THAT** the plaintiff shall file a verification of the bill of costs under 28 U.S.C.§ 1924 within ten days of the date of this order or the bill of costs will be denied in its entirety.

AO 72A
(Rev. 8/82)

Federal Rule of Civil Procedure 54(d)(1) and LR 54.3 provide that any party may appeal this decision to the court within five days after notice of taxation. Written specifications of the items objected to and the grounds of objections must be filed and served within five days. LR 54.3.

*Mary E. D'Andrea*
MARY E. D'ANDREA, Clerk

cc: All parties/counsel