IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBORAH GIULIANI, :
    Plaintiff :
:
vs. : CIVIL ACTION NO. 1:CV-01-0311
:
GEORGE HANEY, individually and
in his official capacity as an :
employee of Swatara Township,
Pennsylvania, :
    Defendant

O R D E R

AND NOW, this 13th day of March, 2002, it is ordered that:

    1. The plaintiff's motion (doc. 36) for attorney's fees and costs is granted as follows.

    2. Defendant shall pay Plaintiff's lawyer: (a) attorney fees of $26,406.25 and (b) costs of $423.90, for a total award of $26,830.15.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge